# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**ROBERT McKINNON, III,**

    Petitioner,

v.                                                            Case No. 1:20-cv-15-AW-GRJ

**SECRETARY, FLORIDA DEP'T OF CORRECTIONS,**

    Respondent.
_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's January 29, 2020 Report and Recommendation. ECF No. 8. I have also considered de novo the Petitioner's objections. ECF No. 13. I have determined that the Report and Recommendation should be adopted. It is now ORDERED:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Clerk will enter a judgment saying "The petition for a writ of habeas corpus is dismissed for lack of jurisdiction."

3. The Clerk will close the file.

SO ORDERED on March 18, 2020.

                                              s/ *Allen Winsor*
                                              United States District Judge