IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROBERT McKINNON, III,**

    Petitioner,

v.                                                            Case No. 1:20-cv-15-AW-GRJ

**SECRETARY, FLORIDA**
**DEP'T OF CORRECTIONS,**

    Respondent.
_____/

## ORDER DENYING MOTION TO APPEAL IFP

In 2020, this court dismissed McKinnon's § 2254 petition, and the Eleventh Circuit dismissed his appeal. McKinnon now seeks leave to appeal IFP. But there is no appeal pending. The motion (ECF No. 31) is DENIED as moot. The Report and Recommendation (ECF No. 32) is APPROVED, as it concludes the motion should be denied. (I considered de novo McKinnon's objections, ECF No. 33.)

To the extent McKinnon is arguing that the procedural posture is misunderstood and that he seeks a new appeal directly to the United States Supreme Court, he still has not shown any legal basis for the relief he seeks here.

SO ORDERED on September 6, 2022.

                                                            s/ *Allen Winsor*
                                                            United States District Judge